UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ELVIAN DIAZ DE LANTIGUA

---

23 Cr. 93

Proposed Order

JED S. RAKOFF, United States District Judge:

    Upon the application of defendant Elvian Diaz de Lantigua, by and through her counsel, Marisa K. Cabrera, and without objection from the Government or Pretrial Services, the Court grants the defense's request to remove the electronic location monitoring provision of defendant's bond conditions.

SO ORDERED.

Dated: 7/26/23
New York, New York

_____
Jed S. Rakoff
United States District Judge