```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES, | |
|---|---|
| -v- | 23-cr-93 (JSR) |
| ELVIAN DIAZ DE LANTIGUA, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

On September 18, 2023, Elvian Diaz De Lantigua pleaded guilty before Magistrate Judge Jennifer E. Willis to a one-count superseding information for serving as an accessory after the fact to transmitting extortionate threats in interstate or foreign commerce. The Court has reviewed the transcript of the plea hearing and finds the magistrate judge's recommendation to accept the plea to be correct in all respects. The Court hereby accepts Elvian Diaz De Lantigua's plea of guilty. Sentencing will occur before the undersigned on Tuesday, January 23, 2024 at 10:00am in Courtroom 14B.

SO ORDERED.

Dated: New York, NY
       September 20, 2023

_____
JED S. RAKOFF, U.S.D.J.

1